UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANDRE ALEXANDER,
    Plaintiff,

v.     Case No. 2:16-cv-209

ERICA HUSS, et al.,     HONORABLE PAUL L. MALONEY
    Defendants.
_____/

# ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants Huss, Govern, Viitala, and Leach filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 29, 2018, recommending that this Court grant the motion in part and deny the motion in part. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 44) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 38) is GRANTED as to Plaintiff's claims against Defendants Govern, Huss, and Viitala. The motion is DENIED as to Defendant Leach.

**IT IS FURTHER ORDERED** that Defendants Govern, Huss, and Viitala are dismissed from the case

Dated: June 28, 2018     /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge